'08 CIV 6672

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 JUL 25 PM 5:59 U.S. DISTRICT COURT S.D.N.Y.

ALAN PINTO,

Plaintiff,

v.

NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS PHARMA GMBH, and NOVARTIS AG,

Defendants.

**Civil Action No.:**

*Document electronically filed*

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT NOVARTIS PHARMACEUTICALS CORPORATION**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Novartis Pharmaceuticals Corporation ("NPC"), makes the following disclosure of NPC's parent corporations and publicly held companies that own 10% or more of NPC's stock:




Parent Companies:

(1) Novartis Finance Corporation, a New York corporation;

(2) Novartis Corporation, a New York corporation;

(3) Novartis Holding, AG, a Swiss company; and

(4) Novartis AG, a Swiss company, publicly traded on the New York Stock Exchange.

Publicly held companies owning more than 10% of NPC stock:

(1) Novartis AG indirectly owns a 100% interest in NPC.

Dated: July 25, 2008

Respectfully submitted,

/s/ Diane E. Lifton

Diane E. Lifton (DL-9673)
**GIBBONS PC**
One Pennsylvania Plaza, 37th Floor
New York, NY 10119-3701
Telephone: 212-613-2000
Fax: 212-290-2018

Of Counsel
**SPRIGGS & HOLLINGSWORTH**
1350 I Street, N.W.
Washington, DC 20005
Telephone: 202-898-5800
Fax: 202-682-1639

*Attorneys for Novartis Pharmaceuticals Corporation*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 25, 2008, Defendant Novartis Pharmaceutical's Rule 7.1 Disclosure Statement was electronically filed with the Court by using the CM/ECF system and served by electronic mail upon the following:

Christopher A. Seeger
David R. Buchanan
Christopher M. Van de Kieft
SEEGER WEISS, LLP
One William Street
New York, NY 10004
*Attorneys for Plaintiff*

Ethan D. Stein /smr

/s/ Ethan D. Stein
Ethan D. Stein

#1327760 v1
999999-40000