UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALAN PINTO,<br><br>Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS PHARMA GMBH, and NOVARTIS AG,<br><br>Defendants. | Civil Action No.: 08-06672 (DC)<br><br>*Document electronically filed*<br><br>AMENDED CERTIFICATION OF FILING AND SERVICE |

I, Shira B. Rosenman, hereby certify as follows:

1. I am an attorney at law admitted to practice before this Court, and am an associate of the law firm Gibbons P.C., attorneys for Defendant Novartis Pharmaceuticals Corporation in the above-captioned matter.

2. On July 25, 2008, I caused the following documents to be served via electronic mail upon Christopher A. Seeger, Esq., David R. Buchanan, Esq., and Christopher M. Van de Kieft, Seeger Weiss, LLP, One William Street, New York, NY 10004 (attorneys for Plaintiff):

   a. Notice of Removal;

   b. Rule 7.1 Disclosure Statement of Defendant Novartis Pharmaceuticals Corporation;

   c. Civil Cover Sheet; and

   d. Defendant Novartis Pharmaceuticals Corporation's Answer.

3. On July 25, 2008, I caused the following documents to be filed with the Southern District of New York:

   a. Notice of Removal;

   b. Rule 7.1 Disclosure Statement of Defendant Novartis Pharmaceuticals Corporation; and

   c. Civil Cover Sheet.

#1328997 v1
999999-40000

4. On July 29, 2008, I caused the following documents to be served via hand delivery upon Christopher A. Seeger, Esq., and David R. Buchanan, Esq., Seeger Weiss, LLP, One William Street, New York, NY 10004 (attorneys for Plaintiff):

  a. Notice of Removal;

  b. Rule 7.1 Disclosure Statement of Defendant Novartis Pharmaceuticals Corporation;

  c. Civil Cover Sheet; and

  d. Defendant Novartis Pharmaceuticals Corporation's Answer.

5. On July 30, 2008, I caused Defendant Novartis Pharmaceuticals Corporation's Answer to be electronically filed with the Southern District of New York's CM/ECF system.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 30, 2008

               */s/ Shira B. Rosenman*
               Shira B. Rosenman (SR-2363)
               **GIBBONS P.C.**
               One Gateway Center
               Newark, NJ 07102-5310
               (973) 596-4500
               Attorneys for Defendant
               Novartis Pharmaceuticals Corporation