UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALAN PINTO<br><br>Plaintiff(s),<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION; NOVARTIS PHARMA GMBH, and NOVARTIS AG,<br><br>Defendant(s). | Civil Action No.:<br><br>1:08-cv-06672-DC<br><br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned, appearing on behalf of defendant NOVARTIS PHARMACEUTICALS CORPORATION , in the captioned action, hereby requests electronic notification of all papers filed with the Court by notice upon the following email address: estein@gibbonslaw.com

Dated: New York, New York

August 11, 2008

                                                **GIBBONS , P.C.**
                                                One Pennsylvania Plaza, 37th Floor
                                                New York, New York 10119-3701
                                                (212) 649-4700
                                                *Attorney for Defendant*
                                                *Novartis Pharmaceuticals Corporation*
                                                By: _____
                                                     Ethan D. Stein