UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/29/08
```

ALAN PINTO,

    Plaintiff,

v.

NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS PHARMA GMBH, and NOVARTIS AG,

    Defendants.

Civil Action No.: 1:08-cv-6672-DC

*Document electronically filed*

## ORDER

AND NOW, this __29th__ day of __August__, 2008, upon consideration of the joint motion for a stay of this case filed by Plaintiff Alan Pinto and Defendant Novartis Pharmaceuticals Corporation,

IT IS HEREBY ORDERED that the joint motion for a stay pending a ruling by the United States Supreme Court in *Wyeth v. Levine*, 128 S. Ct. 1118 (2008) (No. 06-1249), *granting petition for certiorari from, Levine v. Wyeth*, 944 A.2d 179 (Vt. 2006), is hereby GRANTED; and it is

FURTHER ORDERED that all proceedings are stayed pending *Levine*. Either party may apply to lift the stay by Motion to this Court.

                                                      DENNY CHIN
                                                      United States District Judge