*Chin /S*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALAN PINTO,

    Plaintiff,

v.

NOVARTIS PHARMACEUTICALS
CORPORATION, NOVARTIS PHARMA
GMBH, and NOVARTIS AG,

    Defendants.

Case No.: 1:08-cv-06672-DC

*Document electronically filed*

## PROPOSED SCHEDULING ORDER

It is hereby ORDERED AND DECLARED that the following deadlines shall govern the course of discovery in and disposition of this case:

| Date | Deadline |
|---|---|
| 09/02/09 | Deadline for Filing Motions for Leave to File Third Party Claims and/or Motions to Join Parties |
| 02/12/10 ~~04/30/10~~ | Completion of Fact Discovery Related to Causation Issues |
| 02/26/10 ~~05/07/10~~ | Deadline for Plaintiff's Rule 26(a)(2) Causation Expert Disclosures |
| 04/26/10 ~~07/16/10~~ | Deadline for Completion of Plaintiff's Causation Experts' Depositions |
| 05/14/10 ~~07/30/10~~ | Deadline for Defendants' Rule 26(a)(2) Causation Expert Disclosures |
| 07/10/10 ~~09/24/10~~ | Deadline for Completion of Defendants' Causation Experts' Depositions |
| 8/7/10 ~~10/08/10~~ | Deadline for Motions Challenging Expert Testimony and/or Dispositive Motions Related to Causation Issues |
| 9/4/10 ~~11/05/10~~ | Deadline for Oppositions to Motions Challenging Expert Testimony and/or |



|  |  | Dispositive Motions Related to Causation Issues |
|---|---|---|
| 9/14/10 | ~~11/19/10~~ | Deadline for Replies to Oppositions to Motions Challenging Expert Testimony and/or Dispositive Motions Related to Causation Issues |
|  | ~~12/ /10~~ | Hearing on Daubert and Dispositive Motions Related to Causation Issues |
| 9/18/10 Pretrial Conference | 03/11/11 | Deadline for Completion of Fact Discovery Related to Non-Causation Issues |
|  | 03/25/11 | Deadline for Dispositive Motions Related to Non-Causation Issues |
|  |  | If necessary, additional deadlines to be set by Further Order of the Court |
|  | 06/ /11 | Trial |

SO ORDERED this the 14th day of August 2009.

Denny Chin
Unites States District Court Judge

2